**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KUN ZHANG, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    Case No. CIV-26-827-SLP |
| | ) |
| TODD M. LYONS, et al., | ) |
| | ) |
| Respondents. | ) |

### O R D E R

Before the Court is the Report and Recommendation [Doc. No. 20] (R&R) of United States Magistrate Judge Suzanne Mitchell entered June 16, 2026.  Judge Mitchell advised Petitioner of his right to object to the R&R and directed any objections be filed on or before July 7, 2026.  Judge Mitchell further advised Petitioner that any failure to object would waive Petitioner's right to appellate review of the factual and legal issues addressed in the R&R.

On June 17, 2026, Petitioner filed his Motion for Extension of Time to File Objections to Report and Recommendation and Request Record.  The Court struck Petitioner's Motion on June 18, 2026, for failure to abide by local rules.  Petitioner has since not filed an objection, nor has he filed a corrected extension of time to do so.  Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the R&R.  *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 20] is ADOPTED in its entirety and this action is DISMISSED.

IT IS SO ORDERED this 13ᵗʰ day of July, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE