## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JUAN JOSE LOPEZ PIZARRO,                )
                                        )
    Petitioner,                         )
                                        )
v.                                      )    Case No. CIV-26-362-SLP
                                        )
WARDEN CHRIS GANTT, et al.,             )
                                        )
    Respondents.                        )

## O R D E R

Before the Court is the Report and Recommendation [Doc. No. 12] (R&R) of United States Magistrate Judge Suzanne Mitchell entered June 12, 2026. Judge Mitchell advised Petitioner of his right to object to the R&R and directed any objections be filed on or before July 6, 2026. Judge Mitchell further advised Petitioner that any failure to object would waive Petitioner's right to appellate review of the factual and legal issues addressed in the R&R.

On June 24, 2026, Petitioner filed his Response to Report and Recommendation where he sought an additional seven (7) days to respond. The Court denied Petitioner's Motion on June 25, 2026, due to Petitioner having ample time left to respond. Petitioner has since not filed an objection, nor has he filed another extension of time. Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 12] is ADOPTED in its entirety and this action is DISMISSED.

IT IS SO ORDERED this 13th day of July, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE